# KENDRIC LAW GROUP P.C.

CHRISTOPHER KENDRIC | PRINCIPAL
(516) 732-4774  DIRECT DIAL

CHRISTOPHER.KENDRIC@KENDRICLAW.COM

February 5, 2020

**ELECTRONICALLY**

The Chambers of the
 Honorable Edgardo Ramos, U.S.D.J.
United States District Court
United States District Courthouse
40 Foley Square
New York, New York 10007

      Re:  Fabio Americo Herrera v. Domino's Pizza LLC and David J. Shields
          Case No.  18 Civ. 2996 (ER)(RWL)
          Our File:  4267.0110

Dear Judge Ramos:

Please recall that this office represents Defendants in the referenced action.

I have attempted to speak with Plaintiff's counsel Neil Flynn before sending this letter.  I believe he may be on trial and for that reason has been unreachable.

The Southern District Mediation Office has advised that the mediation of this case is currently expected to be completed by tomorrow, February 6, and that any change of this date would need to be approved by Your Honor.

Plaintiff's two medical experts Tamer Elbaz, M.D. and Robert Haar, M.D. still need to be deposed, and I look forward to being provided with some dates for same.

Mr. Flynn has also agreed to provide me with a settlement demand so my clients can evaluate whether a mediation – though the Court's program or through a private mediation service – even makes sense.

If possible, I request that the February 6 date be moved forward at least forty-five (45) days.

This is the undersigned's first such request.

Thank you for your kind consideration.

Respectfully yours,


\_\_\_ s/ _____
Christopher Kendric

cc: (electronically)
ECF Clerk
Clerk of the Court
United States District Courthouse
500 Pearl Street
New York, New York 10007

Neil Flynn, Esq.
William Schwitzer & Associates, P.C.
820 Second Avenue, 10th Floor
New York, New York 10017

cc: (via e-mail)
Dayton P. Haigney, Esq.
Pacific Atlantic Mediation, Inc.
233 Broadway, Suite 2348
New York, New York 10279

Southern District Mediation Office
United States District Court
United States District Courthouse
500 Pearl Street
New York, New York 10007