UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FABIO AMERICO HERRERA,

                Plaintiff,

– against –

DOMINOS PIZZA LLC *and* DAVID J. SHIELDS,

                Defendants.

**ORDER**

18 Civ. 2996 (ER)

RAMOS, D.J.:

      The Court referred this case to the court-annexed mediation program in December 2019.  Doc. 31.  Since then, the parties have been granted two extensions of time to complete their mediation, with the latest extension expiring on July 24, 2020.  Docs. 33, 35.  According to mediation program staff, the parties have twice adjourned scheduled mediation sessions due to issues with discovery.

      The parties are directed to file a joint status update by September 11, 2020.  Failure to obey this Order could result in sanctions, up to and including dismissal for failure to prosecute.  Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    September 8, 2020
            New York, New York

                                            EDGARDO RAMOS, U.S.D.J.