# KENDRIC LAW GROUP P.C.

CHRISTOPHER KENDRIC | PRINCIPAL
(516) 732-4774  DIRECT DIAL

CHRISTOPHER.KENDRIC@KENDRICLAW.COM

February 18, 2021

**ELECTRONICALLY**

The Chambers of the
 Honorable John P. Cronan, U.S.D.J.
United States District Court
United States District Courthouse
500 Pearl Street
New York, New York 10007

> It is hereby ORDERED that Defendants' request is GRANTED.  The parties shall have until March 5, 2021 to complete expert discovery.
>
> SO ORDERED.
>
> Date:  February 18, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:  Fabio Americo Herrera v. Domino's Pizza LLC and David J. Shields
Case No.  18 Civ. 2996 (JPC)(RWL)
Our File:  4267.0110

Dear Judge Cronan:

Please recall that this office represents Defendants, Domino's Pizza LLC and David J. Shields, in the referenced action.

I write with the knowledge and consent of Plaintiff's counsel Albert Kim.

The non-party deposition of Plaintiff's expert Robert Haar, M.D. has now been scheduled for Wednesday, March 3rd.

This falls outside the current February 22 cut-off date for expert discovery.

The parties respectfully request an extension of the cut-off date.

Thank you for your kind consideration.

Respectfully yours,


___ s/ _____
Christopher Kendric

cc: (electronically)
ECF Clerk
Clerk of the Court
United States District Courthouse
500 Pearl Street
New York, New York 10007

Albert Kim, Esq.
William Schwitzer & Associates, P.C.
820 Second Avenue, 10th Floor
New York, New York 10017

Rasheeda Sanchez
 Practice Manager/Surgical Coordinator
Haar Orthopedics & Sports Medicine, P.C.
1735 York Avenue, Suite #P1
New York, New York 10128